## Second Department, October, 1951.

### (October 1, 1951.)

Jack Badash, Respondent, v. Boris B. Levitt, Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

Belle Balter, Respondent, v. Dennis Janis et al., Defendants, and Frances Zall et al., Appellants.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

Joseph T. Bartone et al., Respondents, v. Delyla Snotin, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

Michael Brant, Appellant, et al., Plaintiffs, v. Edison Concrete Corp. et al., Defendants; George A. Fuller Co. et al., Respondents, and Walsh Construction Co. et al., Defendants and Third-Party Plaintiffs. Slattery Construction Co., Third-Party Defendant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.